IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE HAND PROMOTIONS, INC.                                         PLAINTIFF

v.                              No. 3:15-cv-99-DPM

DANIEL JOHNSON, individually
and d/b/a Brickhouse Grill; and
BRICKHOUSE, INC., an unknown
business entity d/b/a Brickhouse Grill                            DEFENDANTS

ORDER

The Court notes the parties' stipulation of dismissal. № 17. The complaint will be dismissed with prejudice. FED. R. CIV. P. 41(a)(1)(A)(ii).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 December 2015