IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE HAND PROMOTIONS, INC.                                        PLAINTIFF

v.                              No. 3:15-cv-99-DPM

DANIEL JOHNSON, individually
and d/b/a Brickhouse Grill; and
BRICKHOUSE, INC., an unknown
business entity d/b/a Brickhouse Grill                           DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 December 2015